Opinion issued July 14, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00970-CV

———————————

Ronald Ervin Ping II a/k/a Ronald Ervin Ping, Appellant

V.

Department
of Family and Protective Services, Appellee



 



 

On Appeal from the 313th District Court

Harris County, Texas



Trial Court Case No. 0903916J

 



 

MEMORANDUM OPINION

          Appellant,
Ronald Ervin Ping II a/k/a Ronald Ervin Ping, has neither established indigence
nor paid nor made arrangements to pay the appellate filing fee or the fee for
preparing the clerk’s record.  See Tex.
R. App. P. 20.1 (listing requirements for establishing indigence), 37.3
(allowing dismissal of appeal if no clerk’s record filed due to appellant’s
fault).  After being notified that this appeal
was subject to dismissal, appellant did not adequately respond.  See Tex. R. App. P. 42.3 (allowing
involuntary dismissal).

          We
dismiss the appeal for want of prosecution. 
All pending motions are dismissed as moot.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Keyes and Higley.